No. 10–11247.  DOUGLAS v. MILLS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–11248.  CROZIER v. ENDEL ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–11249.  DAVIS v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 10–11250.  ELKADY v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–11251.  CURTISS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–11252.  ESPINO-RANGEL v. HOLLINGSWORTH, WARDEN. C. A. 7th Cir.  Certiorari denied.

No. 10–11253.  COOPER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–11254.  COLWELL v. STEVENSON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 10–11255.  EASLEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–11256.  COOPER v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 10–11257.  DETRES v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 10–11258.  CLARK v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–11259.  DAVIS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–11260.  CALHOUN v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–11261.  HELM v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–11263.  HAZELWOOD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.